UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHENETTE NICKLEBEARRY, | ) | CASE NO. CV 07-00058-MMM (PJW) |
| Plaintiff, | ) ) ) | ORDER ACCEPTING REPORT AND |
| v. | ) ) | ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ) ) ) ) | STATES MAGISTRATE JUDGE |
| Defendant. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED: October 31, 2008

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\~2718535.wpd